# ELECTRONIC RECORD

COA # 03-13-00307-CR          OFFENSE: 28.03F

STYLE: Marc Trace Wyatt v. The State of Texas          COUNTY: Lee

COA DISPOSITION: AFFIRMED          TRIAL COURT: 21st District Court

DATE: 12/19/14          Publish: NO   TC CASE #: 7583

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Marc Trace Wyatt v. The State of Texas          CCA #: 110-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/18/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD